1

2

3

4

5

6                           **UNITED STATES DISTRICT COURT**

7                                **DISTRICT OF NEVADA**

8

9    SAMUEL HOWARD,                        )

10                  Petitioner,             )          2:93-CV-1209-LRH-VCF
                                            )
11   vs.                                    )
                                            )          **ORDER**
12   RENEE BAKER, *et al.*,                 )
                                            )
13                  Respondents.            )
                                            )
14   _____/

15          Before the court is petitioner's ex parte request for authorization for federal habeas counsel to

16   appear in state court litigation. Exhibit "A", attached.  Having reviewed the request, and having

17   carefully considered the history and grounds specific to this pending federal habeas action, the court

18   finds good cause to permit petitioner's federally-appointed counsel to represent him in the described

19   successive state post-conviction proceeding in the Nevada courts. *See* 18 U.S.C. § 3599(e);

20   *Harbison v. Bell*, 556 U.S. 180, 190 n.7 (2009).  By granting petitioner's request, the court does not

21   purport to encourage, approve, or convey any position with respect to the merits of the proposed

22   litigation.

23          Based on the foregoing,

24          **IT IS ORDERED** that petitioner's request for authorization for federal habeas counsel to file

25   the described state post-conviction action is **GRANTED**.  Federally-appointed counsel is authorized

26   ///

to represent petitioner in state court for the purpose of seeking state post-conviction relief as proposed in petitioner's request.

IT IS SO ORDERED.

DATED this 12th day of September, 2016.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2