UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SAMUEL HOWARD, | Case No. 2:93-cv-01209-LRH-VCF |
|         Petitioner, | ORDER |
|   v. | |
| WILLIAM GITTERE, *et al.*, | |
|         Respondents. | |

Petitioner Howard has filed a motion for leave to file notice of supplemental authority. ECF No. 388. He asks the court to consider the Ninth Circuit's opinion in *Williams v. Warden*, --- F.3d ----, 2018 WL 5852762 (9th Cir. 2018), when deciding ineffective assistance of counsel claims currently pending before the court in this case. In response, respondents have filed notice that they do not oppose the motion, under the condition that they have an opportunity to respond to the supplemental arguments presented by Howard. ECF No. 389. Good cause appearing,

**IT IS THEREFORE ORDERED** that petitioner's motion for leave to file notice of supplemental authority (ECF No. 388) is GRANTED.

**IT IS FURTHER ORDERED** that respondents shall have 20 days from the date this order is entered to file their response to petitioner's supplemental arguments.

DATED this 29th day of November, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE